IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOSE MADRID LEIVA, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Case No. 25-3075-JWL |
| ) | |
| JACOB WELSH, Warden, Chase County Jail; ) | |
| ERIK TESCHNER, Assistant Director, ) | |
|    ICE Kansas City Field Office; ) | |
| KRISTI NOEM, Secretary of ) | |
|    Homeland Security, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| _____) | |

## ORDER TO SHOW CAUSE

Petitioner, through counsel, has filed a petition for habeas corpus under 28 U.S.C. § 2241, in which he challenges his detention by immigration officials. In addition to requesting his immediate release, petitioner requests an order enjoining respondents from transferring him outside this judicial district pending resolution of the case. The Court has examined the record and finds that a responsive pleading is required on an expedited basis, specifically with respect to that request for an injunction. In their expedited response, respondents shall briefly state the basis for petitioner's detention and their position concerning his removability in light of the USCIS Bona Fide Determination; and shall show cause why the Court should not enjoin the transfer of petitioner outside this judicial district pending resolution of this case. Respondents shall file that response by **5:00 p.m. CDT on April 28, 2025**. After review of this response, the Court will set deadlines for the parties' full briefing on the petition.

IT IS THEREFFORE ORDERED BY THE COURT THAT respondents are required to show cause by **5:00 p.m. CDT on April 28, 2025**, as directed herein. Copies of this Order shall be transmitted to the parties and to the United States Attorney for the District of Kansas.

IT IS SO ORDERED.

Dated this 24th day of April, 2025, in Kansas City, Kansas.

/s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge
